UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

CHARLES DOWD

                       Plaintiff,

    -against-

DAREN DEMARCO, et al.

                       Defendant.

Case No. 17-cv-08924(SHS)(SN)

------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**John W. Moscow**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: jm9846    My State Bar Number is 1017342

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Baker & Hostetler LLP
                    FIRM ADDRESS: 45 Rockefeller Plaza, New York, NY 10111
                    FIRM TELEPHONE NUMBER: (212) 589-4200
                    FIRM FAX NUMBER: (212) 589-4201

NEW FIRM:    FIRM NAME: Lewis Baach Kaufmann Middlemiss PLLC
                    FIRM ADDRESS: 405 Lexington Ave., 62nd Fl., New York, NY 10174
                    FIRM TELEPHONE NUMBER: (212) 826-7001
                    FIRM FAX NUMBER: (212) 826-7146

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: December 20, 2018

                                                                  */s/ John W. Moscow*
                                                                  ATTORNEY'S SIGNATURE